# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WRIGHT,<br><br>               Petitioner,<br><br>     v.<br><br>P.L. VASQUEZ,<br><br>               Respondent. | Case No. CV 09-3657 GAF (JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 4, 2009

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE